

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-20-00122-CV |
|---|---|---|
| Iraan-Sheffield Independent School District, | § | Appeal from the |
| Appellant, | § | 83rd District Court |
| v. | § | of Pecos County, Texas |
| Pecos Co. Appraisal District and Kinder Morgan Production Co., LLC, Individually and as Successor in Interest to Kinder Morgan Production Co., LP, | § § | (TC# P-8133-83-CV) |
| Appellees. | § | |
| | § | |

# **O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on November 18, 2021.

IT IS SO ORDERED this 15th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)